IDA TUNICK, Respondent, v. ROAMAN'S INC., Appellant.—

Although issue was joined on March 9, 1959, plaintiff did nothing further to prosecute this action until 20 months later, when after the instant motion to dismiss for failure to prosecute was made, she served a bill of particulars. Evidently a note of issue was not filed until sometime later, in fulfillment of a condition imposed by Special Term. No facts have been submitted showing a reasonable excuse for plaintiff's delay in bringing this case on for trial. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD KEY, Appellant.— No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONI FLITMAN, Appellant.— No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

509 SIXTH AVENUE CORP., Appellant, v. NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.—

No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ. [27 Misc 2d 989.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HILTON McGEE, Appellant.— No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

KATHERINE BACK, on Behalf of Herself and All Other School Teachers in the City of New York, Similarly Situated, Appellant, v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.—

No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of JAMES M. KELLY, Petitioner, v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.—

No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.